CSD 1160 [05/15/03]

Name, Address, Telephone No. & I.D. No.

Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
David F. Makkabi, Esq., #249825
PO Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile

Attorneys for Moving Party (F.040-1684)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
NANCY L. BOYD

Debtor.

BANKRUPTCY NO. 10-06696-LA7

U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, FA

RS NO. DRP-1

Moving Party

NANCY L. BOYD; NANCY WOLF, Trustee; NATIONAL CITY, Second Lienholder,

Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
☑ **REAL PROPERTY**   ☐ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☑ 7  ☐ 11  ☐ 12  ☐ 13  was filed on   April 23, 2010   .

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*:   NANCY WOLF

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ *(Optional)* Prior Filing Information:
   Debtor has previously filed a Bankruptcy Petition on:_____.
   If applicable, the prior case was dismissed on: _____.

   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. ☑ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
   *701 Silvy Way, San Marcos, San Diego County, California*

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):
   Single Family Residence

   c. Legal description of property is attached as Exhibit A.

CSD 1160

    d.    If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a)(4) as Exhibit B.

    e.    *Fair market value of property as set forth in the Debtor's schedules: $ 432,000.00.

    f.    *Nature of Debtor's interest in the property:
Owner

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

    a.    Fair market value of property as set forth in the Debtor's schedules: $ _____.

    b.    Nature of Debtor's interest in the property:

3. *Fair market value of property according to Movant: $ 432,000.00.

4. *Nature of Movant's interest in the property: First Lienholder

5. *Status of Movant's loan:
    a.    Balance owing on date of Motion for Relief: 665,234.70
    b.    Amount of monthly payment: $ 2,338.20
    c.    Date of last payment: 4/20/2009
    d.    If real property,
        i.    Date of default: 5/1/2009
        ii.    Notice of Default recorded on: 8/21/2009
        iii.    Notice of Sale published on: 11/26/2009
        iv.    Foreclosure sale currently scheduled for: 6/3/2010
    e.    If personal property,
        i.    Pre-petition default: $ _____ No. of months: _____
        ii.    Post-petition default: $ _____ No. of months: _____

6. *(If Chapter 13 Case, state the following:)*
    a.    Date of post-petition default: _____
    b.    Amount of post-petition default: $ $2,338.20

7. Encumbrances:
    a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

|  | Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|---|
| 1st: | U.S. Bank, N.A. | 620,536.59 | 37,093.80 | 12 | 2,338.20 | 1 |
| 2nd: | National City | 71,617.00 |  |  |  |  |
| 3rd: |  |  |  |  |  |  |
| 4th: |  |  |  |  |  |  |
| Totals for all Liens: | | $ 692,153.59 | $ 37,093.80 | | $ $2,338.20 | |

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
        ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160

8. Relief from the automatic stay should be granted because:
   a. ☑ Movant's interest in the property described above is not adequately protected.
   b. ☑ Debtor has no equity in the ☑ real property ☐ personal property described above and such property is not necessary to an effective reorganization.
   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and
      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and
      ii. the Debtor/Trustee has
         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or
         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.
   d. ☐ *Other cause exists as follows *(specify)*: ☐ See attached page.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a)(5) and (6).

Movant attaches the following:

1. ☑ Other relevant evidence:
   Note and Deed of Trust - attached to Declaration as Exhibit B
   Debtor's Schedules A and D - attached to Declaration as Exhibit C

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☑ Relief as requested.

☐ Other:

Dated: May 26, 2010

/s/ Cassandra J. Richey, Esq., #155721
[Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a)(5).
CSD 1160