**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.

Order Entered on
June 17, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

**ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ REAL PROPERTY   ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through ____ with exhibits, if any, for a total of ____ pages, is granted. Motion Docket Entry No. _____.

// NOT APPROVED BECAUSE NO EVIDENCE OF TRANSFER OF DOWNEY'S INTEREST TO FDIC
// (NEED COPY OF RECORDED RECEIVERSHIP ORDER) OR TRANSFER FROM FDIC TO US BANK.
// SUBMIT SUPP. DEC. CONTAINING REQUESTED EVIDENCE TOGETHER WITH AMENDED ORDER
// COURT IS WILLING TO RECONSIDER.

DATED: June 17, 2010

**NOT APPROVED**

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By: _____
Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR:                                                                    CASE NO:
                                                                           RS NO.:

The Motion of _____,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No._____, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on _____, and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1.  ☐    The following real property:

    a.   Street address of the property including county and state:

    b.   Legal description is ☐ attached as Exhibit A or ☐ described below:

2.  ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

    IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Louise DeCarl Adler June 17, 2010*